Fred B. Keeney, Respondent, v. Newman Brothers Grain Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Edna M. Brundige, an Infant, by Jennie Brundige, Her Guardian ad Litem, Appellant, v. Joseph J. Fienberg, Respondent, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

Merville F. Copeland, Respondent, v. Milo D. Smith, Appellant.— Judgment and order affirmed, with costs. All concurred.

Joseph McLaughlin, Respondent, v. John M. Reddington, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Horace E. Chilvers and Others, Respondents, v. The Citizens' Bank of Penn Yan, Appellant.— Judgment and order affirmed, with costs. All concurred.

The New York Central and Hudson River Railroad Company, Appellant, v. The City of Buffalo and George M. Zimmerman, as Comptroller, etc., Respondents.— Judgment so far as appealed from affirmed, with costs. All concurred.

Robert Sutton, as Administrator, etc., of Edward Sutton, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Wesley F. Tennant, Respondent, v. John Smith, Appellant.— Judgment affirmed, with costs. All concurred.

James A. Harrington, Respondent, v. Fernando Bond, Appellant.— Judgment affirmed, with costs. All concurred.

Polson Manufacturing Company, Respondent, v. Cora M. Uebelhoer, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

William G. Kilhoffer, as Trustee in Bankruptcy, etc., of C. B. Russell Company, a Bankrupt, Respondent, v. Charles B. Russell and Others, Appellants.— Judgment modified by reducing the amount of plaintiff's recovery to an amount sufficient, with the amount now on hand and any amount plaintiff may realize on the judgment recovered against Ella M. Russell to pay the $7,902.85 claims of creditors as proven and allowed and the fees and reasonable expenses of plaintiff as trustee, and as so modified affirmed, without costs of this appeal to either party. Settle order before Mr. Justice Foote on two days' notice. All concurred.

William G. Kilhoffer, as Trustee in Bankruptcy, etc., of C. B. Russell Company, a Bankrupt, Respondent, v. Ella M. Russell and Charles B. Russell, Appellants.— Judgment modified by striking therefrom all provisions for recovery by plaintiff except as to the surplus fund of $234.72 deposited with the treasurer of Erie county and interest and the costs, to be taxed, and as so modified affirmed, without costs of this appeal to either party. Held, plaintiff's right to recover against the defendant Ella M. Russell is limited to the surplus fund for the reasons stated in *Phipps* v. *Sedgwick* (95 U. S. 3). All concurred.

Marx Goodman, Respondent, v. William E. Kling, Appellant.— Judgment and order affirmed, with costs. All concurred.